of Fourteenth Street — Eastern Line.   Route No. 68.— Motion denied, without costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Estate of JERONEMUS S. UNDERHILL, Deceased.— Motion denied, without costs.   Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

VIRA CORNELL KINEON, Respondent, v. OSCAR N. HOFFMAN and HELEN GREIFF, Appellants, Impleaded with Others.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied, without costs.   But the appellants are granted a stay of thirty days of sale of the stock by the receiver to afford opportunity to apply to the Court of Appeals for leave to appeal to that court.   Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

ANNA LEVINE, Respondent, v. HENRY GORDON, as Executor, etc., Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the February term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

ANTONIO MAROTTA, Respondent, v. LINDLEY M. GARRISON, as Receiver of the CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

CITY OF NEW YORK, Respondent, v. CHARLES STEEN, INC., Appellant. (Appeal No. 1.) — Order of the Appellate Term affirmed, with costs.   No opinion.   Mills, Rich, Blackmar and Jaycox, JJ., concur; Jenks, P. J., dissents.

CITY OF NEW YORK, Respondent, v. CHARLES STEEN, INC., Appellant. (Appeal No. 2.) — Order of the Appellate Term affirmed, with costs.   No opinion.   Mills, Rich, Blackmar and Jaycox, JJ., concur; Jenks, P. J., dissents.

THE COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of MAUD CORDES, Respondent, v. SIGMUND MILAU, Appellant.— Order of filiation of the Court of Special Sessions affirmed, with costs.   No opinion.   Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

JULIA DEITEL, as Administratrix, etc., of LOUIS DEITEL, Deceased, Respondent, v. JACOB GROSSMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

JOSEPH DOWLING, Appellant, v. AMERICAN ELEVATOR COMPANY and Another, Respondents.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

LYMAN B. JORDAN, Appellant, v. THE VILLAGE OF PORT CHESTER, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the preliminary notice was sufficient under the authority of *Sheehy* v. *City of New York* (160 N. Y. 139) and